## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

```
DEXTER WOODS,                    )
                                 )
        Petitioner,              )
                                 )
    v.                           )     Case No. 05-1055
                                 )
UNITED STATES OF AMERICA,        )
                                 )
        Respondent.              )
```

## **O R D E R**

Before the Court is Dexter Woods' "Rule 60(b) Motion" [Doc. # 20] seeking relief from this Court's judgment denying his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. Woods' section 2255 motion was denied because it was untimely, and the Court of Appeals has denied his request for a certificate of appealability.  The Court finds there is no basis for granting Woods the relief he requests.  Accordingly, his motion is denied.

   IT IS THEREFORE ORDERED that Dexter Woods' "Rule 60(b) Motion" [Doc. # 20] is DENIED.


ENTERED this  12th  day of January, 2006.


                              s/Joe B. McDade
                              JOE BILLY McDADE
                           United States District Judge